ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
CRYSTAL A. NWANERI (CSB No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

SAPNA S. MEHTA (CSB No. 288238)
smehta@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
ENGELBERT STRAUSS, GmbH & Co. KG

BASSIL A. HAMIDEH (CSB No. 261233)
bhamideh@hamidehfirm.com
THE HAMIDEH FIRM, P.C.
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: 310.556.9687
Facsimile: 310.733.5699

Attorneys for Plaintiff
DUSTIN MOSS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DUSTIN MOSS,<br><br>             Plaintiff,<br><br>      v.<br><br>ENGELBERT STRAUSS, GmbH & Co. KG, a German Company; CONCRETE IMAGES, INC., a California Corporation; and DOES 2-20, inclusive,<br><br>             Defendants. | Case No.: 2:19-cv-08047-CJC-AS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Judge:   Hon. Cormac J. Carney<br>Complaint Filed: May 6, 2019 |

1  WHEREAS, Plaintiff Dustin Moss filed this action against Defendant Engelbert Strauss, GmbH & Co. KG ("Engelbert Strauss KG") on May 6, 2019 in the Superior Court of California, County of Los Angeles, the action being entitled *Dustin Moss v. Engelbert Strauss, GmbH & Co. KG, Does 1-20*, Case No. 19STCV15647 (the "State Action");

WHEREAS, Engelbert Strauss KG was served with a copy of the Complaint on August 19, 2019;

WHEREAS, Engelbert Strauss KG removed the State Action to this Court on September 17, 2019;

WHEREAS, Engelbert Strauss KG filed a motion to dismiss the Complaint on September 23, 2019;

WHEREAS, Mr. Moss filed his First Amended Complaint on October 11, 2019, which rendered Engelbert Strauss KG's motion to dismiss moot;

WHEREAS, the current deadline for Engelbert Strauss KG to respond to the First Amended Complaint is October 25, 2019;

WHEREAS, Plaintiff Dustin Moss and Defendant Engelbert Strauss KG agree to extend the time for Engelbert Strauss KG to respond to the First Amended Complaint up to and including November 18, 2019;

NOW, THEREFORE, Plaintiff Dustin Moss and Defendant Engelbert Strauss KG stipulate and agree that Engelbert Strauss KG's response to the First Amended Complaint shall be extended by 24 days, and shall be due no later than November 18, 2019.

IT IS SO STIPULATED.

Dated:  October 21, 2019           FENWICK & WEST LLP


By: */s/ Andrew P. Bridges*
Andrew P. Bridges
Crystal A. Nwaneri
Sapna S. Mehta
Attorneys for Defendant

ENGELBERT STRAUSS, GmbH & Co. KG

Dated: October 21, 2019        THE HAMIDEH FIRM, P.C.

By: */s/ Bassil A. Hamideh*
    Bassil A. Hamideh
    Attorneys for Plaintiff
    DUSTIN MOSS

## ATTESTATION OF SIGNATURES

I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

By: */s/ Andrew P. Bridges*
    Andrew P. Bridges