Jennifer A. Kearns (SBN 125588)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
E-mail: jkearns@duanemorris.com

Attorneys for Defendant Concrete Images, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Dustin Moss, an individual,<br><br>             Plaintiff,<br><br>     v.<br><br>Engelbert Strauss, GmbH & Co. KG, a German Company; Concrete Images, Inc., a California Corporation; and DOES 2-20, inclusive,<br><br>             Defendants. | Case No.: 2:19-cv-08047-CJC-AS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge:    Hon. Cormac Carney<br>Magistrate: Hon. Alka Sagar<br>Complaint Filed: May 9, 2019 (LASC) |

## STIPULATION

   1.   WHEREAS, the instant action was initiated in Los Angeles Superior Court on May 9, 2019 and was removed to this Court by Engelbert Strauss, GmbH & Co, KG ("ES") on diversity grounds.

   2.   WHEREAS, Defendant Concrete Images, Inc. ("Concrete") was not a named Defendant in the original complaint.

   3.   WHEREAS, Plaintiff filed a First Amended Complaint ("FAC") in this action, adding new causes of action and adding Concrete as a defendant.

4. WHEREAS, Plaintiff personally served the FAC upon Concrete on November 1, 2019, and thus Concrete's responsive pleading is currently due on or before November 22, 2019.

5. WHEREAS, counsel for Concrete was just formally retained on November 14, 2019, has not had an opportunity to fully analyze and assess the claims made against Concrete, and will be out of town on business travel November 18-20 (depositions in San Francisco), December 3-4 (mediation in San Francisco), December 11 (mediation in Orange County) and December 18 (argument of motion to reconsider order granting class certification in Riverside, California).  Additionally, counsel for Concrete is committed to the following obligations in San Diego: December 6 (full day deposition) and December 13 (morning court appearance).  A continuance until December 20 is necessary given counsel's schedule.

6. For all of the foregoing reasons, Plaintiff and Concrete stipulate that, with the permission of the Court, Concrete be granted an extension of time through December 20, 2019 in which to file a responsive pleading to the First Amended Complaint.

So stipulated.

                        DUANE MORRIS LLP

                        */s/ Jennifer A. Kearns*
                        Jennifer A. Kearns
                        Counsel for Defendant
                        Concrete Images, Inc.

                        THE HAMIDEH FIRM

                        */s/ Bassil Hamideh*
                        Bassil Hamideh
                        Counsel for Plaintiff
                        Dustin Moss

I, Jennifer A. Kearns, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT

DM2\10685786.4