# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Dustin Moss, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Engelbert Strauss, GmbH & Co. KG, a German Company; Concrete Images, Inc., a California Corporation; and DOES 2-20, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-08047-CJC-AS<br><br>**ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge:　　Hon. Cormac Carney<br>Magistrate: Hon. Alka Sagar<br>Complaint Filed: May 9, 2019 (LASC) |

# ORDER

In light of the stipulation between Plaintiff Dustin Moss and Defendant Concrete Images, Inc., and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadline by which Defendant Concrete Images shall file and serve a responsive pleading to Plaintiff's First Amended Complaint shall be extended to December 20, 2019.

IT IS SO ORDERED.

Dated: November 21, 2019

_____
Honorable Cormac J. Carney
United States District Judge